IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>                Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>                Defendant. | Civil Action No. 12-1245 RGA<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF LEVEL 3 COMMUNICATIONS, LLC**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, that all claims by Plaintiff GlobeTecTrust LLC against Defendant Level 3 Communications, LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 8, 2013

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (No. 3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiff*
*GlobeTecTrust LLC*

/s/ John W. Shaw
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*
*Level 3 Communications, LLC*

IT IS SO ORDERED this 13th day of May, 2013.

_____
United States District Judge